**EXHIBIT B:    U.S. Patent No. D493,096**

(12) **United States Design Patent**  (10) Patent No.: **US D493,096 S**
Sittig  (45) Date of Patent: ✱✱ **Jul. 20, 2004**

(54) **BED ELEVATOR**

(76) Inventor: **Kenneth W. Sittig**, 25 Keegan La., #5B, Greenfield, MA (US) 01301

(✱✱) Term: **14 Years**

(21) Appl. No.: **29/183,084**

(22) Filed: **Jun. 5, 2003**

(51) LOC (7) Cl. .................................................. **08-05**
(52) U.S. Cl. ..................................................... **D8/374**
(58) Field of Search ........................ D8/374; 248/188.2, 248/346.11; 5/658, 663

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 3,028,703 A | ✱ | 4/1962 | Matter ..................... | 248/188.3 |
| D336,843 S | ✱ | 6/1993 | Hurst ......................... | D8/374 |
| D404,992 S | ✱ | 2/1999 | Sittig ......................... | D8/374 |
| D423,340 S | ✱ | 4/2000 | Sittig ......................... | D8/374 |

✱ cited by examiner

*Primary Examiner*—Holly Baynham
(74) *Attorney, Agent, or Firm*—Steven N. Fox, Esq.

(57) **CLAIM**

The ornamental design of a "bed elevator," as shown and described.

**DESCRIPTION**

FIG. **1** is a perspective view of the present invention;
FIG. **2** is a top plan view of the present invention;
FIG. **3** is a front elevation view of the present invention which is also illustrative of all side elevation and rear elevation views of the present invention; and,
FIG. **4** is a bottom plan view of the present invention.

**1 Claim, 1 Drawing Sheet**





FIG. 1



FIG. 2

FIG. 3



FIG. 4