**EXHIBIT C:     Picture of Wal-Mart Bed Riser and Packaging**

