

home products services about us employment contact



## Products

**Children's Hangers**



home
products
**hangers**
shoe racks
**space savers**   C8810A-CR   C8830A-CR   C8850A-CR   C53812-CDH
**laundry products**
services
about us
employment
contact

C88101-CR   C88301-CR   C88501-CR

**Chrome Hangers**



C66100-CH   C66110-CH   C66130-CH   C66160-CH

C66190-CH   C66200-CH   C66300-CH

**Special Feature Hangers**



| | | | |
|---|---|---|---|
| C62211-JB12 | C62211-JB | C72210-S | C71210-S12 |
| C71210-S | C71310-S12 | C71310-S | C72210-S12 |
| C73410-D12 | C73410-D | C77510-HNS | C77610-RH |
| C84311-GH | C89141-SH12 | C89141-SH | C89321-SC12 |
| C89321-SC | C89521-SC | C90601-A12 | C90601-A |

**Tubular Hangers**



| | | | |
|---|---|---|---|
| C87161-BH | C87161-BP | C87161-PH | C87161-WH |
| C87261-PH | C87261-WH | C87861-PH | C87861-WH |
| C87361-PH | C87361-WH | | |

**Vinyl Hangers**



| | | |
|---|---|---|
| C53611-DH | C53612-DH | C54610-SDH |

**Wood Hangers and Accessories**



**Closet Organizers**



**Special Feature Accessories**



C58001-HC    C89402-CL    C89410-CH

**Space Savers**

C51201-HO    C51801O-DH    C53101-HO    C55190-TH



C55401-HO    C55800O-DH    C58100-GV    C58121O-DH

C58200-TR    C89181-SS    C90400-BR    C90402-BR

C91411-ER    C99000-BT

**Laundry Products**



C21300-WB    C21305-WB    C21310-LB    C21500-MB



C21311-LB        C21312-LB        C21315-MTB        C21325-LB

C21330-LB        C21333-LB        C21335-LB

### Stacking Shoe Racks



C99020-SR        C99030-SR        C99050-SR

### Over The Door Shoe Racks



C99024-SR        C99036-SR

home | products | services | about us | employment | contact

© 2006 Merrick Engineering, Inc. All rights reserved